```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                            )
           v.               )    Criminal No. 00-76
                            )
NORMAN E. CRAWFORD          )
```

**MOTION FOR EARLY TERMINATION**
**OF SUPERVISED RELEASE**

AND NOW comes the defendant, Norman E. Crawford, by his attorney, Michael J. Novara, First Assistant Federal Public Defender, and respectfully moves this Honorable Court for early termination of supervised release.  In support thereof counsel states:

1.   On April 26, 2001, Mr. Crawford pled guilty to a one count Indictment, charging him with possession of a firearm by a convicted felon.

2.   On July 25, 2001, this Court sentenced Mr. Crawford to a term of imprisonment of 51 months.

3.   In addition to the above sentence, this Court placed Mr. Crawford on Supervised Release for a term of 3 years following his term of imprisonment.

4.  Mr. Crawford has already served twenty-five months of his thirty-six month term of supervised release.

5.  As set forth in his March 29, 2007 letter attached hereto, Mr. Crawford would like to move out of state as soon as possible to handle affairs that arose due to his mother's passing away.

6.  Accordingly, given the fact that Mr. Crawford has already served more than two-thirds of his supervised release sentence and has not been cited for any violations of his supervised release conditions, Mr. Crawford respectfully requests that his supervised release be terminated 11 months early.  Such termination is authorized pursuant to 18 U.S.C. § 3583(e)(1).

7.  Mr. Crawford's Probation Officer, Matt Rea, has indicated to undersigned counsel that the Probation Office takes no position with respect to Mr. Crawford's request.

8.  The United States, through Assistant Federal Public Defender Troy Rivetti, however, opposes the granting of this motion, and instead proposes that the matter be resolved by transferring Mr. Crawford's supervision to the new

jurisdiction.  Mr. Crawford opposes said transfer as unduly, cumbersome and a waste of resources.

WHEREFORE, for the foregoing reason, the defendant, Norman Crawford, hereby requests that his supervised release be terminated 11 months early.

                        Respectfully submitted,

                        s\ **Michael J. Novara**
                        Michael J. Novara
                        Assistant Federal Public Defender
                        Attorney I.D. No. 66434