```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA      )
                              )
          v.                  )    Criminal No. 00-76
                              )
NORMAN E. CRAWFORD            )
```

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of _____, 2007, upon consideration of the foregoing Motion for Early Termination of Supervised Release, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be, and the same hereby is, granted.  Mr. Crawford's supervised release is terminated as of this day.

 

_____
Maurice B. Cohill, Jr.
Senior United States District Judge