3-29-07

To. Micheal Novack

    I'm requesting that you file the (Motion) to terminate my (Supervise Release). I'm moving out of State, My mother has pass-away at this time and I'm fighting a legal battle with a younger sibling.

    I'm going to be tied up in the courts. I don't have the money to travel back and forth.

    I would like to know for good when I leave.

Sincerely yours,
Norman Crawford

(P.S) Please file ASAP

FROM : ULTIMATELYLOVE    MCCARDS.COM    FAX NO. : 9817869    Mar. 29 2007 11:35AM P1