IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 00-76 |
| | ) |
| NORMAN E. CRAWFORD | ) |

**ORDER OF COURT**

AND NOW, to-wit, this _9th_ day of _April_, 2007, upon consideration of the foregoing Motion for Early Termination of Supervised Release, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be, and the same hereby is, granted. Mr. Crawford's supervised release is terminated as of this day.

_____
Maurice B. Cohill, Jr.
Senior United States District Judge